[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


FILED
11/22/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*TASHAWN THORNE*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*UNITED STATES OF*
*AMERICA*

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

RECEIVED
SEP 7 - 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

21 cv 50348
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

**CHECK ONE ONLY:**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION, TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

✓     **OTHER** (cite statute, if known) *28 U.S.C. § 1346 (b) Federal TORT CLAIM*

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: _Tashawn Thorne_

B.    List all aliases: _Smoke_

C.    Prisoner identification number: _59241-054_

D.    Place of present confinement: _United States Penitentiary Thomson_

E.    Address: _1100 ONE Mile Rd., Thomson, IL 61285_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _the United States of America_

      Title: _Federal government_

      Place of Employment: _320 First St., NW Washington, DC 20534_

B.    Defendant: _____

      Title: _____

      Place of Employment: _____

C.    Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Thome V. Dix, 20 c 50487*

B. Approximate date of filing lawsuit: *January 8, 2021*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: *Justin Alcala, Brandon Boaz, Eric Conklin, James Dix, Andrew Drinkall, Bradford Horton, Harley Jacobson, April Liggett, Benjamin Lodge, Christian Marsh, C. Pendley, Z. Sigman, A. Simcox, Q. Perry*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal, Northern District of Illinois*

F. Name of judge to whom case was assigned: *Judge Johnston*

G. Basic claim made: *Excessive force, failure to protect, deliberate indifference to medical needs*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Still pending*

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### I.

1.) Under 28 U.S.C. § 1346(b)., the United States is responsible for property damage, personal injury, or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his/her office or employment.

2.) At all times herein mentioned Justin Alcala, Brandon Boaz, Eric Conklin, James Dix, Andrew Drinkall, Bradford Horton, Harley Jacobson, Apryl Liggett, Benjamin Lodge, Christian Marsh, Chandler Pendley, Zachary Sigman, Anthony Simcox and Quenton Terry were and are employees of the United States, acting within the scope of his/her office or employment.

3.) At all the times herein mentioned, the Plaintiff Tashawn Thorne has been convicted of crimes against the United States and is a prisoner of the United States being detained and housed within the United State's Federal Bureau of Prisons, USP Thomson.

4.) At all the times herein mentioned the United States and all it's Employees owed Plaintiff a duty of care under 18 U.S.C § 4042, " to provide suitable quarters and provide for the safekeeping, care, and subsistence," while Plaintiff carries out the sentence of 156 months Plaintiff was given for the crimes convicted of. And Protection, instruction and discipline.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

List all Lawsuits

III. Continuation:

Thorne v. Progressive / West Virginia dismissed
Thorne v. United States / West Virginia dropped
Thorne v. Staff, USP Hazelton / West Virginia dropped
Thorne v. Wesley, et.al, / Virginia dissmissed
Thorne v. Goss / North Carolina ?

Page 3 A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.) All of the actions refered to herein are Non-Discretionary Actions, and there were specific courses of action for it's employees to follow under the following BOP Policy Program Statements: " Suicide Prevention Program, Use of Force and Application of Restraints, Health Services Administration, Dental Services, and Employee Conduct."

6.) Due to the occurrences referred to herein plaintiff's front tooth was Knocked out, his wrist were severly injured and he continues to suffer from pain, Mental Anguish, Emotional Distress and Disfigurement.

## II. FACTS:

7.) Plaintiff realleges and incorporates by reference as it fully sits therein, Civil case No. 3:20 c 50487 of this Honorable Court.

8.) On the morning of 8.26.20, Plaintiff began to hear voices and feel suicidal. Plaintiff reported to Officers Eric Conklin, Andrew Drinkall, Benjamin Lodge, Chandler Pendley, Zachary Sigman, and Quenton Terry that he was going to committ suicide, and that he needed to speak with a member of the psychology department. He was denied mental attention and was never allowed to speak with a member of the psychology department.

9.) Plaintiff then on second shift, after being denied mental Health attention, swallowed 50 pills in a suicide attempt. For this suicide attempt he was placed in full ambulatory restraints and placed in restraint cell on Fox Range 1.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$20,000,000.00, court cost, Attorney fees, Immediate Transfer to Butner FCI CAMP, Good Time restoration, and that Cameras be placed in all restraint cells in all BOP prisons in America.

**VI.  The plaintiff demands that the case be tried by a jury.**  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __30th__ day of __August__, 20__21__

_Jashaun Thorne_
(Signature of plaintiff or plaintiffs)

_Tashaun Thorne_
(Print name)

# _59241-054_
(I.D. Number)

_USP Thomson, P.O. Box 1002_
_Thomson, IL 61285_
(Address)

Revised 9/2007

## II. FACTS:
### CONTINUED

10.) Plaintiff was then seen by Psychologist Dr. Britton and Apryl Liggett gave him a Charcoal substance.

11.) Upon returning to Restraint Cell Officers James Dix, Zachary Sigman, Qventon Terry and Harley Jacobson tightend Plaintiff's restraints until the pain was unbearable and he began to have problems breathing. Next James Dix began to assault Plaintiff with Kicks and stomping his hands and wrist. Plaintiff yelled out screaming in pain and mercy. While Plaintiff was screaming in pain Harley Jacobson slammed the shield down on his face, Knocking out Plaintiff's front tooth. James Dix also got a black stick from Qventon Terry and struck Plaintiff several times against the head, hands, and wrist.

12.) From 8·26·20 through 8·27·20 during medical assesments Plaintiff notified Apryl Liggett, Anthony Simcox and Christian Marsh of injuries, pain and that staff were beating him. He also told them that he was having difficulty breathing. None of these 3 aforementioned nurses gave plaintiff medical attention or treatment for his injuries. They did not intervene, nor did they Keep him safe from the assaults of the other staff members. He told them the restraints were too tight but they did nothing.

Page 5A

## II. FACTS:
## CONTINUED

13.) These aforementioned beatings continued throughout 8·26·20 into 8·27·20.

14.) On 8·26·20 while conducting 15 minute restraint checks, Plaintiff notified staff members Justin Alcala and Eric Conklin that he was being beaten, that his tooth had been knocked out, that he was in pain, having problems breathing and that he needed medical attention. Neither staff member got him medical attention or kept him safe from these beatings. He also notified them both that his restraints were too tight. They ignored his cries for help.

15.) On 8·27·20 Plaintiff notified Andrew Drinkall and Chandler Pendley that staff were beating him, that the restraints were too tight and he was having trouble breathing, that his tooth had been knocked out by staff and that he was in pain. They did nothing to keep plaintiff safe, stop the beatings or get plaintiff medical attention.

16.) At no time during these aforementioned restraint checks, nor here after do staff use the hand held camera which is policy.

Page 5 b

## II. FACTS:
## CONTINUED

17.) On the evening of 8·27·20 Brandon Boaz, and Benjamin Lodge entered the restraint cell and upon entrance Brandon Boaz began to choke me using both hands wrapped around my neck. During this he was saying "You're a piece of shit, nigger," over and over. He then made me repeat after him so he released my neck so I could breath enough to repeat after him. He then began to beat me using the Shield. Benjamin Lodge laughed while watching this. He did nothing to stop Boaz.

18.) Later on the 8·27·20 James Dix, Bradford Horton, Benjamin Lodge, Brandon Boaz and others returned. I begged them to loosen the restraints. They were so tight and I was panicky that I couldn't breath. Benjamin Lodge told me to sing the National Anthem and he would loosen them, but I was in so much pain that I couldn't remember it. He then told Boaz and Horton to adjust them. These two staff members made them even tighter.

19.) I suffered like this in pain with no food until 8·28·20 around 6 or 7 am.

Page 5c

## III. EXHAUSTION:

20.) Plaintiff filed a S Form 95 with the BOP Central Office. Administrative Claim TRT-NCR-2021-02795. See Exhibits 1, 2, 3

21.) Plaintiff has fully exhausted his remedies. See Exhibits 1, 2, 3 "The 6 months is up and the agency has not resolved this matter."

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Thomson, IL 61285 on 8·30·21

Tashawn Thorne
Tashawn Thorne